THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. LEWIS POLLACK, Appellant.

*People* v. *Pollack*, 154 App. Div. 716, affirmed.
(Argued June 9, 1913; decided June 20, 1913.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered February 5, 1913, which affirmed a judgment of the Orange County Court rendered upon a verdict convicting the defendant of criminally receiving stolen goods.

*Henry Hirschberg* for appellant.

*J. D. Wilson, Jr.*, for respondent.

Judgment of conviction affirmed; no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, HISCOCK, COLLIN, CUDDEBACK and MILLER, JJ.

———————

THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. DOMINICK MALFETTI, Appellant.

*People* v. *Malfetti*, 150 App. Div. 930, affirmed.
(Submitted June 13, 1913; decided June 20, 1913.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 31, 1912, which affirmed a judgment of the Court of General Sessions of the Peace in the county of New York rendered upon a verdict convicting the defendant of the crime of manslaughter in the first degree.

*Clark L. Jordan* for appellant.

*Charles S. Whitman*, District Attorney (*Robert C. Taylor* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, COLLIN, CUDDEBACK and MILLER, JJ. Absent: HISCOCK, J.